**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| JESSICA ELIZABETH THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 4:12-CV-73 |
| | ) |
| RYAN C. FRENCH, | ) |
| | ) |
| Defendant. | ) |

## OPINION AND ORDER

This matter is before the Court on the Report and Recommendation of Magistrate Judge Andrew P. Rodovich, filed on December 18, 2014 (DE #39). Judge Rodovich has recommended that this matter be dismissed because Plaintiff, Jessica Elizabeth Thomas, has displayed continuous contumacious conduct as described more fully in the body of the Report and Recommendation. In essence, Thomas has disregarded and failed to comply with this Court's orders despite repeated warnings of possible sanctions. The Report and Recommendation itself explains that the failure to file a timely objection to its contents will result in the waiver of the right to challenge it before this Court or the Court of Appeals. See *Willis v. Caterpillar*, *Inc.*, 199 F.3d 902, 904 (1999). Neither party has filed an objection to date, and the time period for doing so has passed.

Therefore, upon due consideration, the Court hereby **ADOPTS** the Report and Recommendation (DE #39). Accordingly, this matter is **DISMISSED WITH PREJUDICE**. The clerk is **DIRECTED** to close this case.

**DATED: January 6, 2015**          /s/RUDY LOZANO, Judge
**United States District Court**